12 A.3d 748

COMMONWEALTH of Pennsylvania, Appellee

v.

Shawnfatee BRIDGES, Appellant.

Supreme Court of Pennsylvania.

Feb. 22, 2011.

Sarah Elizabeth Davies, Michael J. Izzo, Jr., Cozen O'Connor, Philadelphia, for Shawnfatee Michael Bridges, appellant.

Kelly S. Kline, Berks County District Attorney's Office, Amy Zapp, PA Office of Attorney General, for Commonwealth of Pennsylvania, appellee.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of February, 2011, the order of the Court of Common Pleas is AFFIRMED.